```
WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ESMERALDA GUTIERREZ FLORES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN J. O'MALLEY[1],<br>Commissioner of Social Security Administration,<br><br>　　　　　　Defendant. | CASE NO.: **EDCV 23-02526 MAA**<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

　　Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

　　**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of FOUR THOUSAND FOUR HUNDRED DOLLARS and 00/cents ($4,400.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

　　DATED: 09/19/2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE MARIA A. AUDERO
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Martin J. O'Malley is now the Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin J. O'Malley should be substituted for Commissioner Kilolo Kijakazi as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).